UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DOUGLAS HOWARD,

    Plaintiff,

v.

CITY OF KALAMAZOO, JUSTIN AARON WOLBRINK,
CALEB JONES, and BRETT BYLSMA, in their individual
and official capacities,

    Defendants.

Case No. 22-cv-01132
Hon. Paul L. Maloney
Mag. Sally J. Berens

| | |
|---|---|
| AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Christopher Trainor & Associates<br>Attorney for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>Amy.derouin@cjtrainor.com<br>Jon.abent@cjtrainor.com<br>Shanna.suver@cjtrainor.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Caleb Jones and Brett Bylsma<br>19176 Hall Road, Suite 220<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com |
| CLYDE J. ROBINSON (P30389)<br>WILLIAM R. BATES (P43306)<br>Attorney for City of Kalamazoo<br>241 W. South Street<br>Kalamazoo, MI  49007<br>(269) 337-8185<br>robinsonc@kalamazoocity.org<br>batesw@kalamazoocity.org | T. JOSEPH SEWARD (P35095)<br>Seward Henderson, PLLC<br>Attorney for Justin Aaron Wolbrink<br>210 East 3rd Street, Suite 212<br>Royal Oak, MI  48067<br>(248) 733-3580<br>jseward@sewardhenderson.com |

## STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEY

    IT IS HEREBY STIPULATED, by and between the undersigned, that

{01743779-1 }

TIMOTHY S. FERRAND of CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, be substituted in place of CITY OF KALAMAZOO OFFICE OF THE CITY ATTORNEY for Defendants Caleb Jones and Brett Bylsma.

| | |
|---|---|
| /s/ William R. Bates (w/permission) <br> CLYDE J. ROBINSON (P30389) <br> WILLIAM R. BATES (P43306) <br> Attorney for City of Kalamazoo | /s/ Timothy S. Ferrand <br> TIMOTHY S. FERRAND (P39583) <br> Cummings, McClorey, Davis & Acho, P.L.C. <br> Attorney for Caleb Jones and Brett Bylsma |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Paul L. Maloney