## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

DOUGLAS HOWARD,

      Plaintiff,

-vs-
                                    CASE NO. 22-1132
                                    HON. PAUL L. MALONEY
                                    MAG. SALLY J. BERENS

CITY OF KALAMAZOO, JUSTIN AARON WOLBRINK,
CALEB JONES, and BRETT BYLSMA,
in their individual and official capacities.

      Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650/ (248)-698-3321-fax<br>shanna.suver@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | CITY OF KALAMAZOO<br>OFFICE OF THE CITY ATTORNEY<br>WILLIAM R. BATES (P43306)<br>Attorneys for Defendant City<br>241 W. South Street<br>Kalamazoo, MI 49007<br>269-337-8185 / 269-337-8922-fax<br>batesw@kalamazoocity.org |
| SEWARD HENDERSON PLLC<br>T. JOSEPH SEWARD (P35095)<br>KALI M. L. HENDERSON (P76479)<br>MICHAEL A. KNOBLOCK (P7754)<br>Attorneys for Defendant Justin Wolbrink<br>210 E. 3rd St., Ste. 212<br>Royal Oak, MI 48067<br>248-733-3580 / 248-733-3633-fax<br>jseward@sewardhenderson.com<br>khenderson@sewardhenderson.com<br>mknoblock@sewardhenderson.com | CUMMINGS,   MCCLOREY,   DAVIS   &<br>ACHO, PLC<br>TIMOTHY S. FERRAND (P39583)<br>CHRISTINE M. SUTTON (P61005)<br>Attorneys for Defendants Jones and Bylsma<br>19176 Hall Road, Ste. 220<br>Clinton Township, MI 48038<br>586-228-5600<br>tferrand@cmda-law.com<br>csutton@cmda-law.com |

## STIPULATED ORDER EXTENDING DEADLINE FOR DISMISSAL PAPERS BY THIRTY (30) DAYS

**THIS MATTER** having come before this Honorable Court upon stipulation of the parties, through their respective counsel, and the Court being otherwise fully advised in the premises:

**WHEREAS**, the parties reached a settlement of all of Plaintiff's claims in this case at a Settlement Conference before Magistrate Judge Berens held on November 28, 2023;

**WHEREAS**, this Court ordered that the parties were to submit the "appropriate stipulated dismissal papers" with the Court by December 28, 2023 **(DE 71)**; and

**WHEREAS**, the parties stipulate and agree that good cause exists to extend the deadline for submission for dismissal papers by a period of thirty (30) days due to the time necessary to obtain the required municipal approvals, the negotiation and/or approval of release terms, and holiday schedules of the parties' respective counsel.

**IT IS HEREBY ORDERED** that the appropriate stipulated dismissal papers shall be filed with the Court on or before January 26, 2024.

**IT IS SO ORDERED.**

**THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE.**

Date:  December 21, 2023

/s/ Paul L. Maloney
**HONORABLE PAUL L. MALONEY**

We Stipulate and Agree to Entry of the Above Order:

**s/ Jonathan A. Abent**
AMY J. DEROUIN (P70514)
JONATHAN A. ABENT (P78149)
Attorneys for Plaintiff

**s/ T. Joseph Seward (w/ consent 12.20.23)**
T. JOSEPH SEWARD (P35095)
MICHAEL A. KNOBLOCK (P77544)
Attorneys for Defendant Wolbrink

**s/ William R. Bates (w/ consent 12.20.23)**
WILLIAM R. BATES (P43306)
Attorney for Defendant City of Kalamazoo

**s/ Timothy S. Ferrand (w/ consent 12.20.23)**
TIMOTHY S. FERRAND (P39583)
CHRISTINE M. SUTTON (P61005)
Attorneys for Defendants Jones and Bylsma