UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS HOWARD,<br>　　　Plaintiff,<br><br>v.<br><br>CITY OF KALAMAZOO, *et al.*,<br>　　　Defendants. | )<br>)<br>)　No. 1:22-cv-1132<br>)<br>)　Honorable Paul L. Maloney<br>)<br>)<br>) |

### ORDER GRANTING MOTION AND ADMINISTRATIVELY CLOSING THE CASE

The matter comes before the Court on Defendant's motion to extend the deadline to file proper settlement documents with the Court. (ECF No. 74). The Court will grant the motion and administratively close the case.

This matter settled on November 28, 2023. (ECF No. 70). That same day, the Court ordered the parties to file dismissal papers by December 28, 2023. (ECF No. 71). The Court then extended the deadline to January 26, 2024. (ECF No. 73). The parties did not file the documents by January 26, 2024.

Defendant filed the instant motion for an extension of time on March 8, 2024. (ECF No. 74). Apparently, the City of Kalamazoo is having trouble approving the settlement draft. Defendant does not provide a specific timeline for when it can formally approve the settlement and file closing papers. The Court will grant the motion.

The Court will also administratively close the case. Any party to this action may file a motion to reopen the case, but only if the finalized dismissal papers are attached to that motion.

**IT IS HEREBY ORDERED** that Defendant's motion to extend a filing deadline (ECF No. 74) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **ADMINISTRATIVELY CLOSED** pending a proper motion consistent with this order.

**IT IS SO ORDERED.**

Date: March 12, 2024 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge